# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

PATRICIA COWART                                                                    PLAINTIFF

V.                                    NO. 3:11CV00004 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                            DEFENDANT

## ORDER

Pending before the Court is Plaintiff's Motion requesting an award of attorney's fees under the Equal Access to Justice Act ("EAJA").[1]  (Docket entry #20).

Plaintiff's attorney, Mr. David J. Throesch, requests payment of $3,526.25 consisting of 22.75 hours of attorney work at the hourly rate of $155.00.  The Commissioner does not object to the requested amount of attorney's fees.

Under these circumstances, the Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA, and that the amount requested is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees Pursuant to the EAJA (docket entry #20) is GRANTED.

---

[1] On January 17, 2012, the Court entered a Memorandum Order and Judgment reversing the Commissioner's decision and remanding this case for further administrative proceedings.  (Docket entries #17 and #18).

IT IS FURTHER ORDERED that Plaintiff is awarded $3,526.25 in attorney's fees under the EAJA.

DATED this 12th day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE